# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

STEVEN DAVID SHICK,

        Petitioner

        v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,

        Respondent

:   No. 232 WAL 2016
:
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.